IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARNOLD O. YOUNG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-99-129-C ) |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,[*] | ) ) ) ) ) |
| Defendant. | ) |

## **O R D E R**

Defendant has moved for the Court to vacate the Order of Remand entered in this matter and reinstate the case on the Court's docket based on Plaintiff's recent filing of the certified transcript from the administrative hearings and other supporting documents. The Court agrees that the requested action is proper.

Accordingly, Defendant's Motion to Vacate the Order of Remand (Dkt. No. 20) is GRANTED. The Order remanding the matter for administrative review (Dkt. No. 14) is VACATED. Plaintiff's Complaint is hereby reinstated on the Court's docket.

IT IS SO ORDERED this 21st day of June, 2006.

ROBIN J. CAUTHRON
United States District Judge

---

[*] Jo Anne B. Barnhart is substituted for Kenneth S. Apfel as the Commissioner of Social Security named in the caption pursuant to Federal Rule of Civil Procedure 25(d)(1).